No. 404, Misc. IN RE WILLNER. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied. *Henry Waldman* for petitioner. *Jacob K. Javits,* Attorney General of New York, and *Henry S. Manley,* Solicitor General, for the Committee on Character and Fitness, Appellate Division of the Supreme Court of New York, First Department, respondent.

No. 408, Misc. CROMIE v. PENNSYLVANIA. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 409, Misc. IN RE GIBSON. C. A. 9th Cir. Certiorari denied.

No. 410, Misc. PRESLEY v. PEPPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 424, Misc. MCDONALD v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 433, Misc. CRAIG v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 434, Misc. BRIDGES v. BANNAN, WARDEN, ET AL. Supreme Court of Michigan. Certiorari denied.

No. 436, Misc. FRANCE v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 437, Misc. BROWNING v. LOONEY, WARDEN. C. A. 10th Cir. Certiorari denied.